VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

23-13049

FILED
CLERK OF COURT

AUG - 2 2023

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Pay Stub Detail
PAY DATE: 07/21/2023
NET PAY: $1,014.22

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

---

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

| PAY PERIOD | |
|---|---|
| Period Beginning | 07/01/2023 |
| Period Ending: | 07/14/2023 |
| Pay Date: | 07/21/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,730.70 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | | |
|---|---|---|
| NET PAY: | | $1,014.22 |
| Acct#....6497: | | $1,014.22 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 19,639.35 |
| Overtime Pay | 0.50 | 25.94 | 12.97 | 71.37 |
| Reimbursement Mileage | - | - | 5.24 | 879.48 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 3,239.70 |
| Dental Insurance | 27.31 | 409.65 |
| Vision Insurance | 8.18 | 122.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.97 | 988.20 |
| Medicare | 16.60 | 231.11 |
| CO Income Tax | 43.00 | 589.00 |
| CO Paid Family and Medical Leave EE | 5.15 | 71.70 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,401.41 | $20,590.20 |
| Taxes | $135.72 | $1,880.01 |
| Deductions | $251.47 | $3,772.05 |

**Net Pay**          **$1,014.22**

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 07/07/2023
NET PAY: $998.06

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/17/2023 |
| Period Ending: | 06/30/2023 |
| Pay Date: | 07/07/2023 |
| Total Hours: | 80.00 |

**OTHER PAY/CONTRIBUTIONS**

| | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,615.32 |

**BENEFITS**

| | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

**NET PAY:**

| | |
|---|---|
| NET PAY: | $998.06 |
| Acct#....8497: | $998.06 |

**MEMO:**

**PAY**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 18,256.15 |
| Overtime Pay | - | 25.94 | 0.00 | 58.40 |
| Reimbursement Mileage | - | - | 0.00 | 874.24 |

**DEDUCTIONS**

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 3,923.72 |
| Dental Insurance | 27.31 | 382.34 |
| Vision Insurance | 8.18 | 114.52 |

**TAXES**

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.17 | 917.23 |
| Medicare | 16.41 | 214.51 |
| CO Income Tax | 42.00 | 546.00 |
| CO Paid Family and Medical Leave EE | 5.09 | 66.55 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,383.20 | $19,188.79 |
| Taxes | $133.67 | $1,744.29 |
| Deductions | $251.47 | $3,520.58 |

**Net Pay** $998.06

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 06/23/2023
NET PAY: $1,010.97

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/03/2023 |
| Period Ending: | 06/16/2023 |
| Pay Date: | 06/23/2023 |
| Total Hours: | 80.50 |

**OTHER PAY/CONTRIBUTIONS**

| | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,499.94 |

**BENEFITS**

| | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | | $1,010.97 |
|---|---|---|
| Acct#....6497: | | $1,010.97 |

**MEMO:**

**PAY**

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 79.75 | 17.29 | 1,378.88 | 16,872.95 |
| Overtime Pay | 0.75 | 25.94 | 19.46 | 58.40 |
| ReimbursementMileage | - | - | 0.00 | 874.24 |

**DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,807.74 |
| Dental Insurance | 27.31 | 355.03 |
| Vision Insurance | 8.18 | 106.34 |

**TAXES**

| | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 71.11 | 847.06 |
| Medicare | 16.63 | 198.10 |
| CO Income Tax | 43.00 | 504.00 |
| CO Paid Family and Medical Leave EE | 5.16 | 61.46 |

**SUMMARY**

| | Current | YTD |
|---|---|---|
| Total Pay | $1,398.34 | $17,805.59 |
| Taxes | $135.90 | $1,610.62 |
| Deductions | $251.47 | $3,269.11 |

**Net Pay** $1,010.97

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 06/09/2023
NET PAY: $1,000.69

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

| PAY PERIOD | |
|---|---|
| Period Beginning: | 05/20/2023 |
| Period Ending: | 06/02/2023 |
| Pay Date: | 06/09/2023 |
| Total Hours: | 80.00 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,384.56 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| NET PAY: | $1,000.69 |
| Acct#...6497: | $1,000.69 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 15,494.07 |
| Overtime Pay | - | 25.94 | 0.00 | 38.94 |
| Reimbursement Mileage | - | - | 2.62 | 874.24 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,591.76 |
| Dental Insurance | 27.31 | 327.72 |
| Vision Insurance | 8.18 | 98.16 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.16 | 775.95 |
| Medicare | 16.41 | 181.47 |
| CO Income Tax | 42.00 | 461.00 |
| CO Paid Family and Medical Leave EE | 5.09 | 56.30 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,385.82 | $16,407.25 |
| Taxes | $133.66 | $1,474.72 |
| Deductions | $251.47 | $3,017.64 |

| Net Pay | $1,000.69 |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 05/26/2023
NET PAY: $1,010.97

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/06/2023 |
| Period Ending: | 05/19/2023 |
| Pay Date: | 05/26/2023 |
| Total Hours: | 80.50 |

**OTHER PAY/CONTRIBUTIONS**

| | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,269.18 |

**BENEFITS**

| | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

**NET PAY:**

| | |
|---|---|
| NET PAY: | $1,010.97 |
| Acct#....6497: | $1,010.97 |

**MEMO:**

**PAY**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 79.75 | 17.29 | 1,378.88 | 14,110.87 |
| Overtime Pay | 0.75 | 25.94 | 19.46 | 38.94 |
| ReimbursementMileage | - | - | 0.00 | 871.62 |

**DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,375.78 |
| Dental Insurance | 27.31 | 300.41 |
| Vision Insurance | 8.18 | 89.98 |

**TAXES**

| | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 71.11 | 705.79 |
| Medicare | 16.63 | 165.06 |
| CO Income Tax | 43.00 | 419.00 |
| CO Paid Family and Medical Leave EE | 5.16 | 51.21 |

**SUMMARY**

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,398.34 | $15,021.43 |
| Taxes | $135.90 | $1,341.06 |
| Deductions | $251.47 | $2,766.17 |

**Net Pay**  **$1,010.97**

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 05/12/2023
NET PAY: $1,017.51

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 04/22/2023 |
| Period Ending: | 05/05/2023 |
| Pay Date: | 05/12/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.36 | 1,153.80 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| NET PAY: | $1,017.51 |
| Acct#....6497: | $1,017.51 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 12,731.99 |
| Overtime Pay | 0.50 | 25.94 | 12.97 | 19.48 |
| ReimbursementMileage | - | - | 8.52 | 871.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,159.80 |
| Dental Insurance | 27.31 | 273.10 |
| Vision Insurance | 8.18 | 81.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.97 | 634.68 |
| Medicare | 16.59 | 148.43 |
| CO Income Tax | 43.00 | 376.00 |
| CO Paid Family and Medical Leave EE | 5.15 | 46.05 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,404.69 | $13,623.09 |
| Taxes | $135.71 | $1,205.16 |
| Deductions | $251.47 | $2,514.70 |

| Net Pay | $1,017.51 |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 07/21/2023
NET PAY: $1,014.22

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

---

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 07/01/2023 |
| Period Ending: | 07/14/2023 |
| Pay Date: | 07/21/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,730.70 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | $1,014.22 |
|---|---|
| Acct#....6497: | $1,014.22 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 19,639.35 |
| Overtime Pay | 0.50 | 25.94 | 12.97 | 71.37 |
| ReimbursementMileage | - | - | 5.24 | 879.48 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 3,239.70 |
| Dental Insurance | 27.31 | 409.65 |
| Vision Insurance | 8.18 | 122.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.97 | 988.20 |
| Medicare | 16.60 | 231.11 |
| CO Income Tax | 43.00 | 589.00 |
| CO Paid Family and Medical Leave EE | 5.15 | 71.70 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,401.41 | $20,590.20 |
| Taxes | $135.72 | $1,880.01 |
| Deductions | $251.47 | $3,772.05 |

| Net Pay | $1,014.22 |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 07/07/2023
NET PAY: $998.06

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/17/2023 |
| Period Ending: | 06/30/2023 |
| Pay Date: | 07/07/2023 |
| Total Hours: | 80.00 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,615.32 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | $998.06 |
|---|---|
| Acct#....6497: | $998.06 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 18,256.15 |
| Overtime Pay | - | 25.94 | 0.00 | 58.40 |
| ReimbursementMileage | - | - | 0.00 | 874.24 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 3,023.72 |
| Dental Insurance | 27.31 | 382.34 |
| Vision Insurance | 8.18 | 114.52 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.17 | 917.23 |
| Medicare | 16.41 | 214.51 |
| CO Income Tax | 42.00 | 546.00 |
| CO Paid Family and Medical Leave EE | 5.09 | 66.55 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,383.20 | $19,188.79 |
| Taxes | $133.67 | $1,744.29 |
| Deductions | $251.47 | $3,520.58 |

**Net Pay** **$998.06**

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 06/23/2023
NET PAY: $1,010.97

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

---

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

| PAY PERIOD | |
|---|---|
| Period Beginning | 06/03/2023 |
| Period Ending: | 06/16/2023 |
| Pay Date: | 06/23/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,499.94 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | $1,010.97 |
|---|---|
| Acct#....6497: | $1,010.97 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 79.75 | 17.29 | 1,378.88 | 16,872.95 |
| Overtime Pay | 0.75 | 25.94 | 19.46 | 58.40 |
| Reimbursement Mileage | - | - | 0.00 | 874.24 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,807.74 |
| Dental Insurance | 27.31 | 355.03 |
| Vision Insurance | 8.18 | 106.34 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 71.11 | 847.06 |
| Medicare | 16.63 | 198.10 |
| CO Income Tax | 43.00 | 504.00 |
| CO Paid Family and Medical Leave EE | 5.16 | 61.46 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,398.34 | $17,805.59 |
| Taxes | $135.90 | $1,610.62 |
| Deductions | $251.47 | $3,269.11 |

| Net Pay | $1,010.97 |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 06/09/2023
NET PAY: $1,000.69

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

---

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/20/2023 |
| Period Ending: | 06/02/2023 |
| Pay Date: | 06/09/2023 |
| Total Hours: | 80.00 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,384.56 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | $1,000.69 |
|---|---|
| Acct#....6497: | $1,000.69 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 15,494.07 |
| Overtime Pay | - | 25.94 | 0.00 | 38.94 |
| ReimbursementMileage | - | - | 2.62 | 874.24 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,591.76 |
| Dental Insurance | 27.31 | 327.72 |
| Vision Insurance | 8.18 | 98.16 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.16 | 775.95 |
| Medicare | 16.41 | 181.47 |
| CO Income Tax | 42.00 | 461.00 |
| CO Paid Family and Medical Leave EE | 5.09 | 56.30 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,385.82 | $16,407.25 |
| Taxes | $133.66 | $1,474.72 |
| Deductions | $251.47 | $3,017.64 |

| **Net Pay** | **$1,000.69** |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 05/26/2023
NET PAY: $1,010.97

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

---

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/06/2023 |
| Period Ending: | 05/19/2023 |
| Pay Date: | 05/26/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,269.18 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| NET PAY: | $1,010.97 |
|---|---|
| Acct#....6497: | $1,010.97 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 79.75 | 17.29 | 1,378.88 | 14,110.87 |
| Overtime Pay | 0.75 | 25.94 | 19.46 | 38.94 |
| ReimbursementMileage | - | - | 0.00 | 871.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,375.78 |
| Dental Insurance | 27.31 | 300.41 |
| Vision Insurance | 8.18 | 89.98 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 71.11 | 705.79 |
| Medicare | 16.63 | 165.06 |
| CO Income Tax | 43.00 | 419.00 |
| CO Paid Family and Medical Leave EE | 5.16 | 51.21 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,398.34 | $15,021.43 |
| Taxes | $135.90 | $1,341.06 |
| Deductions | $251.47 | $2,766.17 |

| Net Pay | $1,010.97 |
|---|---|

VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

Pay Stub Detail
PAY DATE: 05/12/2023
NET PAY: $1,017.51

Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**EMPLOYER**
VitalCare Corporation
1400 W 122nd Ave, STE 140
Westminster CO 80234
888-664-4222

**EMPLOYEE**
Sharnai Samuel
21449 Randolph Pl
Denver CO 80249

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/22/2023 |
| Period Ending: | 05/05/2023 |
| Pay Date: | 05/12/2023 |
| Total Hours: | 80.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Medical Insurance | 115.38 | 1,153.80 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$1,017.51** |
| Acct#....6497: | $1,017.51 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 17.29 | 1,383.20 | 12,731.99 |
| Overtime Pay | 0.50 | 25.94 | 12.97 | 19.48 |
| ReimbursementMileage | - | - | 8.52 | 871.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Medical Insurance | 215.98 | 2,159.80 |
| Dental Insurance | 27.31 | 273.10 |
| Vision Insurance | 8.18 | 81.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 70.97 | 634.68 |
| Medicare | 16.59 | 148.43 |
| CO Income Tax | 43.00 | 376.00 |
| CO Paid Family and Medical Leave EE | 5.15 | 46.05 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,404.69 | $13,623.09 |
| Taxes | $135.71 | $1,205.16 |
| Deductions | $251.47 | $2,514.70 |

| **Net Pay** | **$1,017.51** | |

# USPS Employee Earnings Statement

## Employee Information

| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
|---|---|---|---|
| Finance Number: | 07-2330 | Pay Location: | 000 |
| Pay Period: | 15-2023 | Pay Date: | 07/21/23 |
| Inclusive Dates: | 07/01/23 - 07/14/23 | | |

## Net Pay:  $1,467.64

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-23 | 1 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 30.42 | 900.67 |
| 15-23 | 1 | P | 07 | C | 110 | 61,584 | 53 | OVERTIME HOURS | .39 | 17.32 |
| 15-23 | 1 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 7.16 | 9.16 |
| 15-23 | 1 | P | 07 | C | 110 | 61,584 | 55 | ANNUAL LEAVE | 1.58 | 46.78 |
| 15-23 | 1 | P | 07 | C | 110 | 61,584 | 58 | HOLIDAY LEAVE | 8.00 | 236.86 |
| 15-23 | 2 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 39.46 | 1,168.32 |
| 15-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 8.34 | 10.68 |
| 15-23 | 2 | P | 07 | C | 110 | 61,584 | 55 | ANNUAL LEAVE | .54 | 15.99 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,405.78 |

## Leave & Retirement Information

**Category: 6.00**   Annual Leave

**Leave Computation Date: 04/29/17**

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 66.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 65.13 |
| = Earned Annual Leave Balance | -7.66 |
| + AL Advanced YTD | 82.00 |
| = Available AL Balance | 74.34 |
| AL Used this Pay Period | 2.12 |

**Category: 4.00**   Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 44.00 |
| - SL Used YTD | 33.26 |
| = Current SL Balance | 30.93 |
| SL Used this Pay Period | .00 |

Other Leave

Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 168.00 |
| Leave Increment LWOP | .00 |

Retirement

| | | | |
|---|---|---|---|
| YTD: | 1,309.17 | Total: | 10,613.08 |

**FERS USPS Thrift Contributions**

| | | | |
|---|---|---|---|
| PP 1%: | 23.69 | YTD USPS 1%: | 297.55 |
| PP Match: | 71.06 | YTD Matching: | 892.63 |

**Insurance Income**

| | | | |
|---|---|---|---|
| Pay Period: | 2.16 | YTD: | 29.12 |

**Earnings Statement Messages**

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,405.78 | $37,899.69 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.22 | 1,309.17 |
| Social Security | 140.11 | see YTD below |
| Medicare | 32.77 | see YTD below |
| Federal Tax: S 02 | 190.28 | 3,896.51 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 1,515.02 |
| State Income Tax: CO S 02 | 78.25 | 1,298.72 |
| Local Tax: 294 S 00 | 2.88 | 40.32 |
| FEDVIP Dental Pre Tax | 23.81 | 309.53 |
| FEDVIP Vision Pre Tax | 5.52 | 71.76 |
| Social Security (deducted on Ins Income) | .14 | 2,234.02 |
| Medicare (deducted on Ins Income) | .03 | 522.47 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 71.06 | 892.63 |
| Union Dues: W | 34.78 | 486.92 |
| Union Sponsored Plan: VBP | 7.75 | 116.25 |
| Allotment | 50.00 | 700.00 |
| Allotment | 80.00 | 1,120.00 |
| Total Current Pay Period Deductions: | 938.14 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $938.14 | $14,513.32 |
| Net Pay (Net To Bank): | $1,467.64 | $23,386.37 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | SHARNAI J MARSHALL | **Employee ID:** | 04277236 |
| **Finance Number:** | 07-2330 | **Pay Location:** | 000 |
| **Pay Period:** | 14-2023 | **Pay Date:** | 07/07/23 |
| **Inclusive Dates:** | 06/17/23 - 06/30/23 | | |

## Net Pay: $1,461.72

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-23 | 1 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 30.93 | 915.77 |
| 14-23 | 1 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 7.25 | 9.28 |
| 14-23 | 1 | P | 07 | C | 110 | 61,584 | 56 | SICK LEAVE | 1.07 | 31.68 |
| 14-23 | 1 | P | 07 | C | 110 | 61,584 | 58 | HOLIDAY LEAVE | 8.00 | 236.86 |
| 14-23 | 2 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 40.00 | 1,184.31 |
| 14-23 | 2 | P | 07 | C | 110 | 61,584 | 53 | OVERTIME HOURS | .84 | 37.31 |
| 14-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 9.35 | 11.97 |
| 14-23 | 2 | | | | | | | FLSA | | .12 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,427.30 |

## Leave & Retirement Information

**Category: 6.00**                    **Annual Leave**

**Leave Computation Date: 04/29/17**

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 60.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 63.01 |
| = Earned Annual Leave Balance | -11.54 |
| + AL Advanced YTD | 88.00 |
| = Available AL Balance | **76.46** |
| AL Used this Pay Period | .00 |

**Category: 4.00**                    **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 40.00 |
| - SL Used YTD | 33.26 |
| = Current SL Balance | **26.93** |
| SL Used this Pay Period | 1.07 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 168.00 |
| Leave Increment LWOP | .00 |

Retirement

| | | |
|---|---|---|
| YTD: | 1,204.95  **Total:** | 10,613.08 |

**FERS USPS Thrift Contributions**

| | | |
|---|---|---|
| PP 1%: | 23.69  **YTD USPS 1%:** | 273.86 |
| PP Match: | 71.06  **YTD Matching:** | 821.57 |

**Insurance Income**

| | | |
|---|---|---|
| Pay Period: | 2.16  **YTD:** | 26.96 |

**Earnings Statement Messages**

EARNED A/L NEGATIVE

---

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,427.30 | $35,493.91 |

---

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.22 | 1,204.95 |
| Social Security | 139.63 | see YTD below |
| Medicare | 32.66 | see YTD below |
| Federal Tax: S 02 | 189.34 | 3,706.23 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 1,398.48 |
| State Income Tax: CO S 02 | 77.89 | 1,220.47 |
| Local Tax: 294 S 00 | 2.88 | 37.44 |
| FEDVIP Dental Pre Tax | 47.62 | 285.72 |
| FEDVIP Vision Pre Tax | 11.04 | 66.24 |
| Social Security (deducted on Ins Income) | .14 | 2,093.77 |
| Medicare (deducted on Ins Income) | .03 | 489.67 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 71.06 | 821.57 |
| Union Dues: W | 34.78 | 452.14 |
| Union Sponsored Plan: VBP | 7.75 | 108.50 |
| Allotment | 50.00 | 650.00 |
| Allotment | 80.00 | 1,040.00 |
| Total Current Pay Period Deductions: | 965.58 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $965.58 | $13,575.18 |
| Net Pay (Net To Bank): | $1,461.72 | $21,918.73 |

---

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
| Finance Number: | 07-2330 | Pay Location: | 000 |
| Pay Period: | 13-2023 | Pay Date: | 06/23/23 |
| Inclusive Dates: | 06/03/23 - 06/16/23 | | |

### Net Pay:                                                $552.61

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-23 | 1 | P | 07 | C | 110 | 61,584 | 60 | FULL DAY LWOP HOURS | 40.00 | .00 |
| 13-23 | 2 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 39.14 | 1,158.85 |
| 13-23 | 2 | P | 07 | C | 110 | 61,584 | 53 | OVERTIME HOURS | .55 | 24.43 |
| 13-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 7.58 | 9.70 |
| 13-23 | 2 | P | 07 | C | 110 | 61,584 | 55 | ANNUAL LEAVE | .86 | 25.46 |
| | | | | | | | | **Total Hours Gross Pay:** | | 1,218.44 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave |
|---|---|

### Leave Computation Date: 04/29/17

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 54.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 63.01 |
| = Earned Annual Leave Balance | -17.54 |
| + AL Advanced YTD | 94.00 |
| = Available AL Balance | **76.46** |
| AL Used this Pay Period | .86 |

| Category: 4.00 | Sick Leave |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 36.00 |
| - SL Used YTD | 32.19 |
| = Current SL Balance | **24.00** |
| SL Used this Pay Period | .00 |

### Other Leave

### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | 40.00 |
| Calendar LWOP YTD | 168.00 |
| Leave Increment LWOP | .00 |

### Retirement

| YTD: | 1,100.73 | Total: | 10,613.08 |
|---|---|---|---|

FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 11.84 | YTD USPS 1%: | 250.17 |
| PP Match: | 35.53 | YTD Matching: | 750.51 |

**Insurance Income**

| | | | |
|---|---|---|---|
| Pay Period: | 2.16 | YTD: | 24.80 |

**Earnings Statement Messages**

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,218.44 | $33,066.61 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement FERS - Ret-FICA Code E | 52.11 | 1,100.73 |
| Social Security | 59.28 | see YTD below |
| Medicare | 13.86 | see YTD below |
| Federal Tax: S 02 | 38.78 | 3,516.89 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 1,281.94 |
| State Income Tax: CO S 02 | 20.54 | 1,142.58 |
| Local Tax: 294 S 00 | 2.88 | 34.56 |
| FEDVIP Dental Pre Tax | 23.81 | 238.10 |
| FEDVIP Vision Pre Tax | 5.52 | 55.20 |
| Social Security (deducted on Ins Income) | .13 | 1,954.00 |
| Medicare (deducted on Ins Income) | .03 | 456.98 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 35.53 | 750.51 |
| Union Dues: W | 34.78 | 417.36 |
| Union Sponsored Plan: VBP | 15.50 | 100.75 |
| Allotment | 50.00 | 600.00 |
| Allotment | 80.00 | 960.00 |
| Total Current Pay Period Deductions: | 665.83 | |
| Total Adjustments Deductions: | 116.54 | |
| Total Deductions: | $549.29 | $12,609.60 |
| Net Pay (Net To Bank): | $552.61 | $20,457.01 |

## Adjustments

| | | | |
|---|---|---|---|
| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
| Finance Number: | 07-2330 | Pay Location: | 000 |
| Pay Period: | 12-2023 | Inclusive Dates: | 05/20/23 - 06/02/23 |

| Description | Amount |
|---|---|
| **Total Additional Pay / Other Compensation:** | |
| **Total Adjustments Gross:** | .00 |

| Description | Amount |
|---|---|
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 |
| State Income Tax: CO S 02 | .00 |
| Local Tax: 294 S 00 | .00 |
| **Total Deductions:** | **116.54** |
| **Adjustments Net:** | **-116.54** |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
| Finance Number: | 07-2330 | Pay Location: | 000 |
| Pay Period: | 12-2023 | Pay Date: | 06/09/23 |
| Inclusive Dates: | 05/20/23 - 06/02/23 | | |

### Net Pay: $.00

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-23 | 1 | P | 07 | C | 110 | 61,584 | 60 | FULL DAY LWOP HOURS | 40.00 | .00 |
| 12-23 | 2 | P | 07 | C | 110 | 61,584 | 60 | FULL DAY LWOP HOURS | 40.00 | .00 |
| | | | | | | | | Total Hours Gross Pay: | | 00 |

## Leave & Retirement Information

**Category: 6.00**                                     **Annual Leave**

**Leave Computation Date: 04/29/17**

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 54.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 62.15 |
| = Earned Annual Leave Balance | -16.68 |
| + AL Advanced YTD | 100.00 |
| = Available AL Balance | 83.32 |
| AL Used this Pay Period | .00 |

**Category: 4.00**                                     **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 36.00 |
| - SL Used YTD | 32.19 |
| = Current SL Balance | 24.00 |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | 80.00 |
| Calendar LWOP YTD | 128.00 |
| Leave Increment LWOP | 40.00 |

**Retirement**

| | | |
|---|---|---|
| YTD: | 1,048.62 Total: | 10,613.06 |

**FERS USPS Thrift Contributions**

| | | |
|---|---|---|
| PP 1%: | .00 | YTD USPS 1%: | 238.33 |
| PP Match: | .00 | YTD Matching: | 714.98 |



Insurance Income

| Pay Period: | .00 | YTD: | 22.64 |
|---|---|---|---|

**Earnings Statement Messages**

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $.00 | $31,848.17 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement FERS - Ret-FICA Code E | .00 | 1,048.62 |
| Federal Tax: S 02 | .00 | 3,478.11 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | .00 | 1,048.86 |
| State Income Tax: CO S 02 | .00 | 1,122.04 |
| Local Tax: 294 S 00 | .00 | 31.68 |
| FEDVIP Dental Pre Tax | .00 | 214.29 |
| FEDVIP Vision Pre Tax | .00 | 49.68 |
| Union Dues: W | .00 | 382.58 |
| Union Sponsored Plan: VBP | .00 | 85.25 |
| Allotment | .00 | 550.00 |
| Allotment | .00 | 880.00 |
| Social Security | .00 | 1,894.59 |
| Medicare | .00 | 443.09 |
| Thrift Savings Plan (TSP): 3% - (Regular) | .00 | 714.98 |
| Total Current Pay Period Deductions: | .00 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $.00 | $11,943.77 |
| Net Pay (Net To Bank): | $.00 | $19,904.40 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | SHARNAI J MARSHALL | **Employee ID:** | 04277236 |
| **Finance Number:** | 07-2330 | **Pay Location:** | 000 |
| **Pay Period:** | 11-2023 | **Pay Date:** | 05/26/23 |
| **Inclusive Dates:** | 05/06/23 - 05/19/23 | | |

**Net Pay:**  $801.27

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-23 | 1 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 12.50 | 16.00 |
| 11-23 | 1 | P | 07 | C | 110 | 61,584 | 86 | OTHER PAID LEAVE | 40.00 | 1,184.31 |
| 11-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 2.50 | 3.20 |
| 11-23 | 2 | P | 07 | C | 110 | 61,584 | 60 | FULL DAY LWOP HOURS | 32.00 | .00 |
| 11-23 | 2 | P | 07 | C | 110 | 61,584 | 86 | OTHER PAID LEAVE | 8.00 | 236.86 |
| | | | | | | | | **Total Hours Gross Pay:** | | 1,440.37 |

## Leave & Retirement Information

**Category: 6.00**                          Annual Leave

Leave Computation Date: 04/29/17

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 54.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 62.15 |
| = Earned Annual Leave Balance | -16.68 |
| + AL Advanced YTD | 106.00 |
| = Available AL Balance | 89.32 |
| AL Used this Pay Period | .00 |

**Category: 4.00**                          Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 36.00 |
| - SL Used YTD | 32.19 |
| = Current SL Balance | 24.00 |
| SL Used this Pay Period | .00 |

Other Leave

Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | 32.00 |
| Calendar LWOP YTD | 48.00 |
| Leave Increment LWOP | 40.00 |

Retirement

| | | | |
|---|---|---|---|
| **YTD:** | 1,048.62 | **Total:** | 10,613.08 |

FERS USPS 1%/Fund Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 14.21 | YTD USPS 1%: | 238.33 |
| PP Match: | 42.64 | YTD Matching: | 714.98 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 2.16 | YTD: | 22.64 |

### Earnings Statement Messages

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $1,440.37 | $31,848.17 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 62.53 | 1,048.62 |
| Social Security | 80.26 | see YTD below |
| Medicare | 18.77 | see YTD below |
| Federal Tax: S 02 | 77.84 | 3,478.11 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 1,048.86 |
| State Income Tax: CO S 02 | 35.62 | 1,122.04 |
| Local Tax: 294 S 00 | 2.88 | 31.68 |
| FEDVIP Dental Pre Tax | 23.81 | 214.29 |
| FEDVIP Vision Pre Tax | 5.52 | 49.68 |
| Social Security (deducted on Ins Income) | .13 | 1,894.59 |
| Medicare (deducted on Ins Income) | .03 | 443.09 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 42.64 | 714.98 |
| Union Dues: W | 34.78 | 382.58 |
| Union Sponsored Plan: VBP | 7.75 | 85.25 |
| Allotment | 50.00 | 550.00 |
| Allotment | 80.00 | 880.00 |
| Total Current Pay Period Deductions: | 639.10 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $639.10 | $11,943.77 |
| Net Pay (Net To Bank): | $801.27 | $19,904.40 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | SHARNAI J MARSHALL | **Employee ID:** | 04277236 |
| **Finance Number:** | 07-2330 | **Pay Location:** | 000 |
| **Pay Period:** | 10-2023 | **Pay Date:** | 05/12/23 |
| **Inclusive Dates:** | 04/22/23 - 05/05/23 | | |

## Net Pay: $1,463.73

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-23 | 1 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 12.50 | 16.00 |
| 10-23 | 1 | P | 07 | C | 110 | 61,584 | 86 | OTHER PAID LEAVE | 40.00 | 1,184.31 |
| 10-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 12.50 | 16.00 |
| 10-23 | 2 | P | 07 | C | 110 | 61,584 | 86 | OTHER PAID LEAVE | 40.00 | 1,184.31 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,400.62 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| | Leave Computation Date: 04/29/17 | |
| AL Prior Year Balance | | -8.53 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | -8.53 |
| + AL Earned YTD | | 48.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 62.15 |
| = Earned Annual Leave Balance | | -22.68 |
| + AL Advanced YTD | | 112.00 |
| = Available AL Balance | | 89.32 |
| AL Used this Pay Period | | 00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 20.19 |
| + SL Earned YTD | | 32.00 |
| - SL Used YTD | | 32.19 |
| = Current SL Balance | | 20.00 |
| SL Used this Pay Period | | 00 |

### Other Leave

### Leave Without Pay (LWOP)

| | | |
|---|---|---|
| Pay Period LWOP | | 00 |
| Calendar LWOP YTD | | 16.00 |
| Leave Increment LWOP | | 8.00 |

### Retirement

| **YTD:** | 986.09 | **Total:** | 10,613.08 |
|---|---|---|---|

FERS USPS 1mm% Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 23.69 | YTD USPS 1%: | 224.12 |
| PP Match: | 71.06 | YTD Matching: | 672.34 |

**Insurance Income**

| | | | |
|---|---|---|---|
| Pay Period: | 2.16 | YTD: | 20.48 |

**Earnings Statement Messages**

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,400.62 | $30,407.80 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.22 | 986.09 |
| Social Security | 139.80 | see YTD below |
| Medicare | 32.70 | see YTD below |
| Federal Tax: S 02 | 189.66 | 3,400.27 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 932.32 |
| State Income Tax: CO S 02 | 78.01 | 1,086.42 |
| Local Tax: 294 S 00 | 2.88 | 28.80 |
| FEDVIP Dental Pre Tax | 23.81 | 190.48 |
| FEDVIP Vision Pre Tax | 5.52 | 44.16 |
| Social Security (deducted on Ins Income) | .13 | 1,814.20 |
| Medicare (deducted on Ins Income) | .03 | 424.29 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 71.06 | 672.34 |
| Union Dues: W | 34.78 | 347.80 |
| Union Sponsored Plan: VBP | 7.75 | 77.50 |
| Allotment | 50.00 | 500.00 |
| Allotment | 80.00 | 800.00 |
| Total Current Pay Period Deductions: | 936.89 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $936.89 | $11,304.67 |
| Net Pay (Net To Bank): | $1,463.73 | $19,103.13 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
| Finance Number: | 07-2330 | Pay Location: | 000 |
| Pay Period: | 09-2023 | Pay Date: | 04/28/23 |
| Inclusive Dates: | 04/08/23 - 04/21/23 | | |

**Net Pay:**                    $1,463.60

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-23 | 1 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 23.43 | 693.71 |
| 09-23 | 1 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 3.96 | 5.07 |
| 09-23 | 1 | P | 07 | C | 110 | 61,584 | 55 | ANNUAL LEAVE | 16.57 | 490.60 |
| 09-23 | 2 | P | 07 | C | 110 | 61,584 | 52 | WORK HOURS | 19.85 | 587.71 |
| 09-23 | 2 | P | 07 | C | 110 | 61,584 | 53 | OVERTIME HOURS | .36 | 15.99 |
| 09-23 | 2 | P | 07 | C | 110 | 61,584 | 54 | NIGHT WORK PREM HOURS | 8.39 | 10.74 |
| 09-23 | 2 | P | 07 | C | 110 | 61,584 | 55 | ANNUAL LEAVE | .82 | 24.28 |
| 09-23 | 2 | P | 07 | C | 110 | 61,584 | 86 | OTHER PAID LEAVE | 19.33 | 572.32 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,400.42 |

## Leave & Retirement Information

**Category: 6.00**                    **Annual Leave**

**Leave Computation Date: 04/29/17**

| | |
|---|---|
| AL Prior Year Balance | -8.53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 42.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 62.15 |
| = Earned Annual Leave Balance | -28.68 |
| + AL Advanced YTD | 118.00 |
| = Available AL Balance | 89.32 |
| AL Used this Pay Period | 17.39 |

**Category: 4.00**                    **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 28.00 |
| - SL Used YTD | 32.19 |
| = Current SL Balance | 16.00 |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 16.00 |
| Leave Increment LWOP | 8.00 |

| YTD: | 881.87 | Total: | | 10,613.08 |
|---|---|---|---|---|

### FERS USPS Thrift Contributions

| PP 1%: | 23.69 | YTD USPS 1%: | 200.43 |
|---|---|---|---|
| PP Match: | 71.06 | YTD Matching: | 601.28 |

### Insurance Income

| Pay Period: | 2.16 | YTD: | 18.32 |
|---|---|---|---|

### Earnings Statement Messages

EARNED A/L NEGATIVE

---

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | 00 |
| Total Adjustments Gross: | .00 | 00 |
| Total Gross Pay: | $2,400.42 | $28,007.18 |

---

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement, FERS - Ret-FICA Code E | 104.22 | 881.87 |
| Social Security | 139.78 | see YTD below |
| Medicare | 32.69 | see YTD below |
| Federal Tax: S 02 | 189.63 | 3,210.61 |
| Health Plan Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 815.76 |
| State Income Tax: CO S 02 | 78.00 | 1,008.41 |
| Local Tax: 294 S 00 | 2.88 | 25.92 |
| FEDVIP Dental Pre Tax | 23.81 | 166.67 |
| FEDVIP Vision Pre Tax | 5.52 | 38.64 |
| Social Security (deducted on Ins Income) | .13 | 1,674.27 |
| Medicare (deducted on Ins Income) | .03 | 391.56 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 71.06 | 601.28 |
| Union Dues: W | 34.78 | 313.02 |
| Union Sponsored Plan: VBP | 7.75 | 69.75 |
| Allotment | 90.00 | 450.00 |
| Allotment | 80.00 | 720.00 |
| Total Current Pay Period Deductions: | 936.82 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $936.82 | $10,367.78 |
| Net Pay (Net To Bank): | $1,463.60 | $17,639.40 |

---

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | SHARNAI J MARSHALL | Employee ID: | 04277236 |
| Finance Number: | 07-2339 | Pay Location: | 000 |
| Pay Period: | 08-2023 | Pay Date: | 04/14/23 |
| Inclusive Dates: | 03/25/23 - 04/07/23 | | |

## Net Pay:                                    $1,641.08

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 08-23 | 1 | P | 06 | C | 110 | 59,580 | 43 | PENALTY OVERTIME PAYMENT | 1.45 | 83.07 |
| 08-23 | 1 | P | 06 | C | 110 | 59,580 | 52 | WORK HOURS | 37.99 | 1,088.19 |
| 08-23 | 1 | P | 06 | C | 110 | 59,580 | 53 | OVERTIME HOURS | 4.97 | 213.54 |
| 08-23 | 1 | P | 06 | C | 110 | 59,580 | 54 | NIGHT WORK PREM HOURS | 9.99 | 12.19 |
| 08-23 | 1 | P | 06 | C | 110 | 59,580 | 55 | ANNUAL LEAVE | 2.01 | 57.57 |
| 08-23 | 1 | | | | | | | FLSA | | .00 |
| 08-23 | 2 | P | 06 | C | 110 | 59,580 | 52 | WORK HOURS | 31.77 | 910.03 |
| 08-23 | 2 | P | 06 | C | 110 | 59,580 | 53 | OVERTIME HOURS | .97 | 41.68 |
| 08-23 | 2 | P | 06 | C | 110 | 59,580 | 54 | NIGHT WORK PREM HOURS | 8.09 | 9.87 |
| 08-23 | 2 | P | 06 | C | 110 | 59,580 | 55 | ANNUAL LEAVE | 8.23 | 235.74 |
| | | | | | | | | Total Hours Gross Pay: | | 2,651.88 |

## Leave & Retirement Information

**Category: 6.00**                                    **Annual Leave**

**Leave Computation Date: 04/29/17**

| | |
|---|---|
| AL Prior Year Balance | -8 53 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -8.53 |
| + AL Earned YTD | 36.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 44.76 |
| = Earned Annual Leave Balance | -17.29 |
| + AL Advanced YTD | 124.00 |
| = Available AL Balance | **106.71** |
| AL Used this Pay Period | 10.24 |

**Category: 4.00**                                    **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 20.19 |
| + SL Earned YTD | 24.00 |
| - SL Used YTD | 32.19 |
| = Current SL Balance | **12.00** |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |

Calendar LWOP YTD                                                                                       16.00

Leave Increment LWOP                                                                                     8.00

### Retirement

| | | | |
|---|---|---|---|
| **YTD:** | 777.65 | **Total:** | 10,613.08 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| **PP 1%:** | 22.92 | **YTD USPS 1%:** | 176.74 |
| **PP Match:** | 68.75 | **YTD Matching:** | 530.22 |

### Insurance Income

| | | | |
|---|---|---|---|
| **Pay Period:** | 2.05 | **YTD:** | 16.16 |

### Earnings Statement Messages

EARNED A/L NEGATIVE

---

### Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,651.88 | $25,606.76 |

---

### Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 100.83 | 777.65 |
| Social Security | 155.37 | see YTD below |
| Medicare | 36.34 | see YTD below |
| Federal Tax: S 02 | 238.52 | 3,020.98 |
| Health Plan: Pre-tax: (Self + 1) 133 Blue Cross and Blue Shield | 116.54 | 699.24 |
| State Income Tax: CO S 02 | 89.55 | 930.41 |
| Local Tax: 294 S 00 | 2.88 | 23.04 |
| FEDVIP Dental Pre Tax | 23.81 | 142.86 |
| FEDVIP Vision Pre Tax | 5.52 | 33.12 |
| Social Security (deducted on Ins Income) | .13 | 1,534.36 |
| Medicare (deducted on Ins Income) | .03 | 358.84 |
| Thrift Savings Plan (TSP): 3% - (Regular) | 68.75 | 530.22 |
| Union Dues: W | 34.78 | 278.24 |
| Union Sponsored Plan: VBP | 7.75 | 62.00 |
| Allotment | 50.00 | 400.00 |
| Allotment | 80.00 | 640.00 |
| Total Current Pay Period Deductions: | 1,010.80 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,010.80 | $9,430.96 |
| Net Pay (Net To Bank): | $1,641.08 | $16,175.80 |

**Adjustments**

No adjustments for this pay period